CV 418 - 185

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

DEXTER B. BANKS, SR.

_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

SHERIFF St. LAWRENCE,
AND OFFICE; CHAthAM
COUNTY JAIL (Chatham
County Detention Center) et. al
(Enter above full name of defendant or defendants).

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?                                          Yes _____  No ✔

If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs:    Dexter Benard Banks, Sr.

Defendants:    Do not apply

2.    Court (if federal court, name the district; if state court, name the county):

Do Not apply. (here and after, D/N/A).

3.    Docket number:    D/N/A

4.    Name of judge assigned to case:    D/N/A

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    D/N/A

6.  Approximate date of filing lawsuit:  D/N/A

7.  Approximate date of disposition:  D/N/A

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?        Yes _____   No ✓

B.  While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?        Yes _____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to previous lawsuit:

    Plaintiffs:  D/N/A

    Defendants:  D/N/A

2.  Court (name the district):

    D/N/A

3.  Docket number:  D/N/A

4.  Name of judge assigned to case:  D/N/A

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    D/N/A

6.  Approximate date of filing lawsuit:  D/N/A

7.    Approximate date of disposition: _____ D/ N/ A _____

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____  No ✓

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                    Yes _____  No ✓

1.    If your answer to C is yes, name the court and docket number for each case:

_____ D/N/A _____        _____

_____        _____

_____        _____

II.    Place of present confinement: **Augusta State Medical Prison**

A.    Is there a prisoner grievance procedure in this institution?  Yes ✓  No _____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?                         Yes _____  No ✓

C.    If your answer to B is yes:

1.    What steps did you take? _____ D/N/A _____

_____

_____

_____

_____

_____

2.    What was the result? _____ D/N/A _____

_____

_____

_____

_____

3

3.   Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ___ No ✔

If yes, what was the result? __D/N/A__

D.   If you did not utilize the prison grievance procedure, explain why not: __Release from custody on March 25th, 2016.__

IV.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.   Name of plaintiff: __Dexter B. Banks, Sr., GDC# 681048__
Address: __% Augusta State Medical Prison__
__3001 Gordon Highway__
__Grovetown, Georgia      30813__

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.   Name of defendant: __John/Jane Doe (Corizon Health)__
Position: __Medical Director; et.al.__
Place of employment: _____
Current address: _____

C.   Additional defendants: __Attorney Cameron C. Kuhlman &__
__The Claiborne Firm, P.C., Et.al.__
__410 East Bay street; Savannah, Georgia;__
__31401; CCDC Director/Chief Sheriff; 1050 Carl__
__Griffin Drive; Savannah, Georgia; 31405__

4

V.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1   On April 3rd, 2015 Plaintiff Dexter B. Banks, Sr.
2   (here and after, "Plaintiff) was a pre-trial detainee
3   within the Chatham County Jail Detention
4   Center, (here and after, "CCDC"). Plaintiff entered
5   said CCDC on the above date, and while a pre-
6   trial detainee, contracted a flesh eating desease
7   called Necrotizinfascitas. This disease was/is
8   contracted to the lower part of Plaintiffs' left
9   leg. It's a painful life threatening desease that
10  eat the flesh of the victim in a slow, but rapid
11  manner. On numerous occassions, and prior to
12  any medical attention Plaintiff received, Plaintiff
13  submitted medical requests to medical staff
14  of Corizon Health (Corizon Health was under
15  contract with the Chatham County Detention
16  Center to provide health services to the detainees),
17  but Plaintiff's diligent attempts was not answered
18  on non-medical reasons. It was not until
19  Plaintiff's family members started calling the
20  CCDC complaining of Plaintiffs' health that he
21  finally received medical assistance.
22      On March 13th, 2016 Plaintiff was hospitalized
23  at Memorial Hospital and undergone approximately

5

three surgeries to his lower left leg; informed by Dr. Christophe 24
Wixan that Plaintiff may lose his leg due to the flesh eating 25
disease Plaintiff contracted within the filthy showers of the 26
CCDC. 27

   After being in the CCDC for eleven and a half months on 28
a charge of "fleeing to alude and probation violation, Plaintiff 29
was released on March 25th, 2016, on his own recondance, 30
being released directly from Memorial Hospital and not 31
returned back to CCDC. Immediately upon Plaintiff's 32
release, Plaintiff obtained legal representation in the matter 33
from Defendant Attorney Cameron C. Kuhlman of the Caliborne 34
Firm. Attorne Cameron C. Kuhlman (here and after, "Attorney 35
Cameron") declared that him and his law firm would represent 36
Plaintiff in a civil action to be filed within the Southern 37
District Court against CCDC and Corizon Health, requesting 38
that the Court award monitary damages and injunctive 39
releaf for the deliberate indifference Plaintiff suffered, but 40
Attorney Cameron, either, left the Claiborne Firm or was 41
discharged from it. Mr. William R. Claiborne of the Claiborne 42
Firm, and for said law firm, informed Plaintiff that the 43
firm had terminated any representation of Plaintiff, destroying 44
the Statue of limitation Plaintiff had to initial file his 45
claim on several merits in the case. Attorney Cameron 46
had numerously informed Plaintiff that a civil action 47
had already been filed on his behulf within the Southern 48
District Court against Corizon Health and officials of the 49
CCDC. Attorney Cameron breached his duties to his client 50

6

as Attorney Cameron worked under the color of the 51
Claiborne Firm, P.C. when he committed the serious breach 52
of professional ethics and fraud, after Plaintiff sighned 53
a contract with the Claiborne Firm to represent Plaintiff 54
in his civil proceedings. 55

    Without Plaintiff initiating or causing the issue, Attorney 56
Cameron requested that Plaintiff discharge him from the 57
case on several occasions after CCDC neglected to pay 58
the medical bills deriving from the flesh eating disease 59
Plaintiff contracted while a pre-trial detainee. Without 60
Plaintiff's knowledge nor consent, Attorney Cameron nagotiated 61
a deal with Corizon Health's Attorney; with Carizon Health 62
paying some of the medical bills and causing Plaintiff to 63
being liable for other medical bills involving the exact 64
same flesh eating disease, and hospitalized pursuant to 65
said disease. Attorney Cameron declared to Plaintiff that 66
he never spoke to Corizon Health's Attorney, but when 67
Plaintiff initiated contact with Corizon Health's Attorney 68
after the Claiborne Firm declined to represent Plaintiff 69
any further, Plaintiff discovered that Attorney Cameron 70
and the Claiborne Firm had been activley in communication 71
with Corizon Health's Attorney initiating a settlement in 72
the case without the formal filing of the case. Prior to 73
such actions, Plaintiff submitted a loan to Oasis. Attorney 74
Cameron completed the survey that Oasis fax to him, but 75
when Oasis approved the loan, Attorney Cameron would not 76
sign the contract. Apparently, business negotiations had been 77
  78

negotiated without Plaintiff's Knowledge nor consent. Plaintiff 79
receives medical bills from Memorial Hospital deriving from 80
the hospitalization Plaintiff underwent as a pre-trial detainee 81
housed/incarcerated within CCDC. As of the filing of this 82
claim, Plaintiff still has a hole in his left leg; no feeling 83
at all to the shin of his left leg; skin drafts; tendant 84
damage, and; sheduled surgeries regarding the very same 85
on-going flesh eating disease contracted at CCDC 86

87

88

89

90

91

92

93

94

95

96

97

98

99

100

101

102

103

104

105

VI.   Relief
        State briefly exactly what you want the court to do for you.   Make no legal
arguments.  Cite no cases or statutes.

(a) grant Plaintiff compensational damages to be
computed by a jury;
(b) sua sponte, issue an injunctive order, compelling
appropriate medical care for Plaintiff;
(c) sua sponte, issue a declarative judgment, that
Corizon Health and/or the Sheriff's Office of
Chattam County is to cover "all" medical
expenses;
(d) issue any other order to the replinishment
of Plaintiff's constitutional rights;
(e) this Honorable Court, sua-sponte, direct the
U.S. Marshal to personally serve the defendants, as
appropriate amount of copies has been submitted
to the Honorable Clerk of this court.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____9_____ day of ___July___, 2012.

Prisoner No. 681048                   x _____
                                        (Signature of Plaintiff)  Pursuant to 28 U.S.C. §1746

9