**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

FILED
Scott L. Poff, Clerk
United States District Court

*By tblanchard at 11:12 am, Jan 15, 2019*

DEXTER B. BANKS,

      Plaintiff,

      v.

SHERIFF ST. LAWRENCE, et al.,

      Defendants.

CIVIL ACTION NO.: 4:18-cv-185

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 19, 2018 Report and Recommendation, (doc. 9), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA